# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON ANTHONY ORGERON

NO. 2021 KW 0428

**JULY 19, 2021**

---

In Re:     Jason Anthony Orgeron, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 571,157.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED.** Relator has been convicted and sentenced in this case, and the trial court has granted a motion and order for appeal. As correctly noted, the trial court has been divested of jurisdiction. See La. Code Crim. P. art. 916. Therefore, the trial court did not err by denying the motion for new trial.

**VGW**
**JEW**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT